### 10368. HEMPHILL *v.* COHUTTA BANKING COMPANY.

WADE, C. J. The pleadings and the rulings of the lower court thereon in this case being substantially the same as those in *Leonard* v. *Cohutta Banking Co.*, 21 *Ga. App.* 777 (95 S. E. 113), the decision there made, that "the court did not err in its rulings on the pleadings, nor in directing a verdict for the plaintiff," is controlling, and the judgment of the trial judge is

*Affirmed. Jenkins and Luke, JJ., concur.*

DECIDED JUNE 12, 1919.

Complaint; from Murray superior court—Judge Wright presiding. January 6, 1919.

*Maddox, McCamy. & Shumate,* for plaintiff in error.

*Little, Powell, Smith & Goldstein, H. H. Anderson, R. N. Steed, W. E. Mann, W. C. Martin,* contra.

---

### 10372. DENTON *v.* WIMBERLY.

WADE, C. J. The only assignment of error in the petition for certiorari which is insisted upon here being that the verdict is contrary to law and to the evidence, and there being evidence to support the verdict, the judgment overruling the certiorari is

*Affirmed. Jenkins and Luke, JJ., concur.*

DECIDED JUNE 12, 1919.

Certiorari; from Bibb superior court—Judge Mathews. January 22, 1919.

*John R. L. Smith, Grady C. Harris,* for plaintiff in error.

*Sam B. Hunter, J. T. Hill,* contra.